UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD) (SN)

------------------------------------------------------------x

**This document relates to:**

*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)
*Ortiz v. The Islamic Republic of Iran*, 22-cv-03100 (GBD)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Shalom D. Jacks, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned matters.

I am a member in good standing of the bar of the State of South Carolina. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Date: March 12, 2024                             Respectfully Submitted,

                                                 Shalom D. Jacks
                                                 MOTLEY RICE
                                                 28 Bridgeside Blvd.
                                                 Mount Pleasant, SC 29464
                                                 Telephone: (843) 216-9013
                                                 Facsimile: (843) 216-9450
                                                 Email: sjacks@motleyrice.com